# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Matthew Henry Jacober<br><br>*Defendant(s)* | Case No. 5:25-mj-00043-CDB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 30, 2025** in the county of **Kern** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 842(i), 844(a) – Felon in Possession of Explosive Materials;<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) | Felon in Possession of Explosive Materials - Penalties: Maximum of 10 years in prison, Fine of up to $250,000; or both fine and imprisonment; Up to a three-year term of supervised release; $100 special assessment.<br>Manufacture of Methamphetamine - Penalties: 20 years in prison, Fine of $1,000,000; or both fine and imprisonment; a mandatory minimum term of three years supervised life up to life; $100 special assessment. |

This criminal complaint is based on these facts:

See Affidavit, attached hereto and incorporated herein by reference.

☒ Continued on the attached sheet.

*Complainant's signature*

Jason Coffey, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone..

Date: July 30, 2025

*Judge's signature*

City and state: Bakersfield, CA     Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, JASON D. COFFEY, being sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2018. I am currently assigned to the Bakersfield Resident Agency (BRA) in Bakersfield, California. As such, I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.

2. I am currently assigned to the FBI's Joint Terrorism Task Force ("JTTF"), where my primary responsibilities include the investigation of international terrorism. My additional responsibilities include investigating violations of domestic terrorism and laws governing the possession, creation, and use of weapons of mass destruction, including explosives used to manufacture destructive devices. I have received extensive training on counterterrorism matters including topics such as ideological motivations, religious and cultural matters, communications, attack planning and attack methods, and financing. I am also a certified public safety bomb technician and trained to locate, identify, and safely dispose of explosive devices.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Matthew Henry Jacober has violated 18 U.S.C. §§ 842(i) and 844(a) – Felon in Possession of Explosive Materials, and 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(C) – Manufacture of Methamphetamine.

## DEFINITIONS

5.  The following definitions apply to this affidavit and attachments:

a)  "Explosive materials" are defined under 18 U.S.C. § 841(c) as explosives, blasting agents, and detonators.

b)  "Explosives" are defined under 18 U.S.C. § 841(d) as "any chemical compound mixture, or device, the primary or common purpose of which is to function by explosion; the term includes, but is not limited to, dynamite and other high explosives, black powder, pellet powder, initiating explosives, detonators, safety fuses, squibs, detonating cord, igniter cord, and igniters."

## STATEMENT OF PROBABLE CAUSE

6.  On March 31, 2021,[1] the FBI National Threat Operations Center received a tip that a YouTube user going by the name James Campbell[2] had a YouTube channel dedicated to explosives, which displayed their "chemistry." According to the tipster, Campbell's channel contained numerous videos showing him detonating various samples of his homemade explosives and/or destructive devices, including triacetone triperoxide (TATP)[3] and nitrogen trichloride.[4] The tipster also indicated that Campbell made videos describing the use of ampoules filled with a slow-acting World War I chemical weapon as a booby trap to protect his property and his cousin's property. The tipster described

---

[1] Any and all references herein to dates and times are to approximate dates and times.

[2] As explained herein, James Campbell was later identified as Matthew Jacober, a resident of Kern County, California.

[3] Commonly known as "Mother of Satan," TATP is designated by the Bureau of Alcohol, Firearms, Tobacco and Explosives ("ATF") as explosive material subject to regulation. *See* ATF, Federal Explosives Law and Regulations at 104 (2012), available at https://www.atf.gov/explosives/docs/report/publication-federal-explosives-laws-and-regulations-atf-p-54007/download, last visited July 25, 2025. Due to its extreme sensitivity, volatility, and poor storage, it has no commercial applications. *See United States v. Shaefer*, 13 F.4th 875, 894 (9th Cir. 2021). Quite simply, it is "'too dangerous, too unstable, [and] too chemically reactive' to be used safely." *Flanagan v. Commonwealth*, 58 Va. App. 681, 690 (Va. Ct. App. 2011) (quoting testimony of FBI expert witness).

[4] Nitrogen trichloride (NCl3) was added to the list of explosive materials by the Department of Justice's Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) on October 28, 2013. Commerce in Explosives; List of Explosives Materials, 78 Fed. Reg. 64246, 64247 (October 28, 2013). It has remained on the annual list since then.

COMPLAINT AFFIDAVIT                     2

1  Campbell's statement in the video that he used the chemical weapon successfully on a pair of burglars at
2  his cousin's house. The tipster gave the following hyperlink for Campell's channel:
3  https://www.youtube.com/channel/UCPP-rklAeYqEHCX4NIhXzTg.

4      7.    On May 13, 2021, FBI agents viewed https://www.youtube.com/channel/UCPP-
5  rklAeYqEHCX4NIhXzTg attributed to James Campbell.  This account was open for public viewing.
6  The tipster took the following screen captures from this account on March 31, 2021, and provided them
7  to the FBI National Threat Operations Center, which forwarded them to agents of the Bakersfield FBI
8  office.  These screen captures reflect the topics of some of his videos, including one titled "Ampule
9  [sic]," uploaded on March 30, 2021, but potentially recorded on an earlier date. Under the video titled
10  "Ampule," user James Cambell commented, in reference to federal law enforcement agencies
11  investigating him, "[I] take comfort in knowing if my place was to get hit rite now the only thing to be
12  found would be a little bit of green fuse." Further, user "go away" commented, "What's this for?" to
13  which user James Cambell replied, "defense."



COMPLAINT AFFIDAVIT             3

8. Records received from Google on April 12, 2021, indicate that the email address matt7.4kv@gmail.com was associated with the aforementioned YouTube account, as well as the Google account 297715036942.

9. FBI Special Agent Joel Burns recalled a case that occurred in Bakersfield in approximately 2016 where a man handling explosives caused severe injuries to himself and had to be treated at a hospital where he was contact by Kern County Sheriff's Office (KCSO) deputies. Agent Burns suggested that FBI Special Agent John Gomez contact KCSO for information about that case to see whether there was any link.

10. On April 14, 2021, in an email to FBI Special Agent John Gomez, KCSO Lieutenant David Hubbard stated that the man in the James Campbell videos was likely Matthew Jacober, who had been identified in a previous investigation in 2016. Lieutenant David Hubbard provided a Kern County Sheriff's incident report documenting contact with Matthew Jacober on March 30, 2016. According to the report, Matthew Jacober was treated at the Delano Regional Medical Center with an injury to his right hand. KCSO deputies interviewed Jacober, who stated that he had made a bomb out of methyl ethyl ketone peroxide (MEKP) and it accidentally exploded while he was holding it. When the bomb exploded, Jacober was in an orchard near Wildwood Road and Garces Highway located in Kern County, California.

11. On May 11, 2021, at 2:30 p.m. Pacific Daylight Time (PDT), FBI Special Agents John Gomez and Joel Burns interviewed Jacober at North Meadows Park in Bakersfield. Jacober identified his residence as 5309 North Chester Avenue Extension, Bakersfield, California and his cell phone number as 661-246-9622. Jacober also identified matt7.4kv@gmail.com as his email. Jacober told agents that he maintained a baseball-sized amount of TATP and a "small" amount of sulfur mustard[5] in

---

[5] The United States is a party to the Geneva Protocol, effective February 8, 1928, and ratified by the United States in 1975, which prohibits the use of chemical weapons in international armed conflicts and explicitly identifies sulfur mustard as a prohibited chemical weapon. United States Public Law 99-145 Section 1412 directs the Secretary of Defense to destroy the United States' stockpile of lethal chemical agents and munitions. An article published by the Department of Defense on September 21, 2020, at https://www.defense.gov/Explore/News/Article/Article/2354786/dod-approaches-goal-of-destroying-all-stockpiled-chemical-weapons, last visited July 29, 2025, states that sulfur mustard is a chemical weapon and that the Department of Defense has approached its goal of destroying its stockpile of sulfur mustard. Sulfur mustards are listed in the Annex to the Chemical Weapons Convention as a prohibited toxic chemical. *See* Organisation for the Prohibition of Chemical Weapons, Annex on Chemicals Schedule 1, available at https://www.opcw.org/chemical-weapons-

COMPLAINT AFFIDAVIT                                         4

a paint can, which he had buried underground. Jacober did not say what he intended to do with the sulfur mustard and TATP, nor would he provide the location of where they were stored. He stated that the sulfur mustard was in a one-ounce bottle. Jacober told agents that he tested the sulfur mustard on his skin and that it produced a delayed reaction which was similar to a burn which felt like "poison oak on steroids."[6] Agents ended the interview with Jacober when Jacober refused to give the location of the TATP and sulfur mustard. After the interview, Agent Burns described Jacober's right hand as missing most of his middle, ring, and pinky fingers.

12. On May 14, 2021, I viewed a number of videos posted to Campell's channel: https://www.youtube.com/channel/UCPP-rklAeYqEHCX4NIhXzTg that appeared to show James Cambell using explosives and a chemical weapon, including:

13. Under a video posted to Campbell's channel on April 11, 2021, titled "nitration of glycerine,"[7] user James Cambell commented, "Yeah I'm good. Not dead or in custody . . ." The comment was located in the comments section and was in response to a question from user "2MC" asking, "are you okay mate? Show us a sign of living :)."

14. Under a video posted to Campbell's channel on April 6, 2021, titled "NG TATP HD COIN SHRINK," James Cambell commented, "[O] yea you seen the pic of the red circle on my arm? That was also HD only that test didn't let liquid form contact me. Instead I put 1 drop in a baby food jar and held it to my forearm for 2 minutes (only vapor exposure)." Based on my training and experience, I know that "HD" is military shorthand for the chemical weapon and blister agent mustard gas. The uploaded video showed the following images:

---

convention/annexes/annex-chemicals/schedule-1, last visited July 25, 2025.

[6] The Centers for Disease Control and Prevention (CDC) states on its website, emergency.cdc.gov/agent/sulfur mustard/basics/facts.asp, that "[s]ulfur mustard is a type of chemical warfare agent." The CDC further states on its website that sulfur mustard can cause redness and itching and blistering of the skin within 2 to 48 hours after exposure. CDC, Chemical Emergencies, available at https://www.cdc.gov/chemical-emergencies/chemical-fact-sheets/mustard-gas.html#:~:text=Background-,Sulfur%20mustard%20is%20a%20human%2Dmade%20chemical%20warfare%20agent%20that,H%22%20or%20%22HD.%22, last visited July 25, 2025.

[7] Nitroglycerin is a key component in dynamite and is produced by a nitration process using glycerine.

COMPLAINT AFFIDAVIT     5



[Screenshot of YouTube video at youtube.com/watch?v=qN5bK-WL04Q titled "...NG TATP HD COIN SHRINK", 2,270 views • Apr 6, 2021, 37 likes, 4 dislikes, posted by James Cambell. Video shows a forearm with "HD" written in yellow and a reddish circular mark.]

15. Under a video posted to Campbell's channel on March 22, 2021, titled "claymore mine," user "Heliosphal" commented, "[Y]ou are totally going to get raided by the ATF one day. God bless

you." User James Cambell commented, "@heliosphal would be a waste of their time i don't keep anything at home anymore. its [sic] all stored secret underground facility that only i know about and i dont [sic] visit it that often anymore as i slowed down a whole lot. remember most these videos are quite old."

16.  Under a video posted to Campbell's channel on April 4, 2021, titled "Acetone peroxide synthesis my way," user James Cambell commented, "[A]ll the energetics i don't worry about posting, irony in it is im not supposed to have firearms or ammo over some bogus bull. and i dont have any guns or ammo, but thats only because ive never had intrest in guns(im DEFINATELY pro gun though). But it doesnt say anything about explosives.LOL i know energetics are illegal anywayz, just found that funny. i keep the law in mind and have mad respect for it an law enforcement, but at the end of the day my law overrides all others so if i want a gun, you can bet your ass ill have one or twenty.lol."  Based on my training and experience, I believe that "James Campbell's" use of the term "energetics" is likely a reference to "energetic materials," which comprise explosives, pyrotechnics, and propellants.

17.  Under a video posted to Campbell's channel on March 18, 2021, titled "acetone peroxide fuzing," user James Cambell commented, "[I]'ve always loved science, and adrenaline. pretty much all the things i enjoy are either illegal or dangerous or both. i refuse to let my fear, or the law stop me from getting all the experiances [sic] i can in this life.experiences very few ever get to have because of those two inhibitions."  Based on my training and experience, I know that "fuzing" in the context of acetone peroxide (specifically triacetone triperoxide (TATP)) refers to the process of initiating the explosive reaction, causing it to detonate.

18.  On May 12, 2021, at 9:00 a.m. PDT, Special Agents John Gomez and Joel Burns called Jacober at telephone number 661-246-9622.  Jacober later agreed to travel with agents to the location where he allegedly stored the sulfur mustard and TATP.  At 10:30 a.m. PDT, Jacober and Agents Gomez and Burns traveled to approximately 35.394186 degrees latitude, -118.922969 degrees longitude, where Jacober told agents that he had buried the sulfur mustard and TATP.  At this location, Jacober indicated that the container of sulfur mustard and TATP was under the ground in the middle of the

COMPLAINT AFFIDAVIT                                                8

1  transmission line. Jacober marked the site with his own sulfur prill as shown in the picture below.



19. Jacober told Agents Gomez and Burns that at approximately 9:30 to 10:00 p.m. PDT on May 11, 2021, Jacober left his residence, dug up the sulfur mustard and TATP located at 35.394186 degrees latitude, -118.922969 degrees longitude, and destroyed it at another location, before returning to 35.394186 degrees latitude, -118.922969 degrees longitude to rebury the container which held the sulfur mustard and TATP. Jacober also told Agents Gomez and Burns that there was a black trailer at his residence in which Jacober stores chemicals, including a tub containing approximately .5 gallons of ammonium nitrate.

20. On May 13, 2021, a search warrant was issued by this Court and was executed at Jacober's residence located at 5309 North Chester Avenue Extension, Bakersfield, California. Multiple explosive precursor chemicals and laboratory equipment were seized and transferred to the FBI Laboratory for further analysis. Analysis of the seized items from Jacober's residence positively

identified sulfur mustard and TATP.

21. The following photographs, taken during the search executed on May 13, 2021, show the utility trailer Jacober used to store the chemicals he used to create the TATP and sulfur mustard:





22. The following photograph, taken during the search executed on May 13, 2021, show the travel trailer Jacober used as a residence:



23. On May 16, 2021, AT&T provided records in response to a federal search warrant showing that service 661-246-9622 had been paid for by either Mark Jacober or Teresa Jacober beginning on August 28, 2019, and was active as of May 16, 2021.

24. On May 12, 2021, a federal search warrant was issued on the telephone utilizing number 661-246-9622. The phone was in the custody of Matthew Jacober at the time. Messages were found on the telephone with references to sulfur mustard, including "testing ive done on myself as I was learning the synthesis of sulfur mustard" sent by Jacober on October 26, 2020.

25. Jacober was subsequently charged with violation of California Penal Code (PC) 18720 which prohibits possessing materials with the intent to make a destructive device or explosive without a

permit and convicted of said offense in Superior Court of California, County of Kern, Case No. BF185500A.  On September 30, 2021, Jacober was sentenced to four years with one year in custody and the remainder of the sentence to be served on mandatory supervision.

26. On February 25, 2022, Kern County Probation Officer Audel Ramirez told FBI Agent John Gomez that Matthew Jacober had moved to 24001 Round Mountain Road, Bakersfield, California.

27. On February 17, 2025, Jacober posted a "short" on the Campbell channel titled "February 17, 2025" in which Jacober ignites a white substance similar to the appearance of TATP. YouTube user @Nehpruett commented, "Is that tatp[?] What is that." Jacober responded, "[Y]ou guessed it rite [sic]."

28. On February 23, 2025, Jacober posted a "short" on the Campbell channel titled "Attempting DDT."  Based on my training and experience, I believe that DDT, in this context, stands for "Deflagration to Detonation Transition," which means the transition of the rapid burning of a substance to explosive detonation. In one of the comments, Jacober stated, "The tatp starts thin at one end and gradually thickens at the other. Had I made the end a bit thicker it looks like it would have went to detonation, in the video you can see the exponential rise in the burn rate just before it ran out."

29. On March 2, 2025, Jacober posted a "short" on the Campbell channel, titled "2g fused tatp centered in can full water," showing himself detonating 2 grams of purported TATP.

30. On March 8, 2025, Jacober posted a video on the Campbell channel of himself making TATP. Also on March 8, 2025, Jacober posted a "short" on the Campbell channel showing the TATP after, according to Jacober, it "had sat in my refrigerator overnight."

31. On June 3, 2025, in response to a search warrant issued by this Court, Google provided results verifying the authenticity of the facts stated above regarding the YouTube videos and shorts posted on the Campbell channel between February 17, 2025, and March 8, 2025. Google search warrant results indicated that the telephone number associated with the Campbell channel was 661-246-9622, a telephone number issued and managed by T-Mobile. Google search warrant results also indicated that the only device that accessed the Campbell channel between October 30, 2024, and March 31, 2025, was an Apple iPhone 11, user-given name "Matt's iPhone" with an associated phone number of 661-246-9622.

32. On July 18, 2025, I conducted an interview of Perrin Scrimshire, an employee of

McPherson Oil Company, located at 24001 Round Mountain Road. Scrimshire had spoken to Matthew Jacober in March 2025 while checking an oil well located near Jacober's residence. Scrimshire stated that Jacober lived in a trailer on private land just next to the property where McPherson Oil Company was located. Scrimshire stated that Jacober drove a square-body truck, possible a Ford Ranger, with a pipe rack attached to the bed. Scrimshire had heard "loud booms" in the area since January 2025, but did not know what they were. McPherson Oil Company did not use explosives.

33. On July 18, 2025, I conducted physical surveillance in the vicinity of 24001 Round Mountain Road. I located the same trailers used by Jacober during the May 13, 2021, search warrant. The trailers were located at approximately 35.5215268 north latitude, -118.9030002 west longitude. Next to the trailers I saw a truck matching the description given by Perrin Scrimshire. The following are photographs from that surveillance:




COMPLAINT AFFIDAVIT

14



34. On July 18, 2025, FBI Special Agent Kristen Reed conducted a drone surveillance of 35.5215268 north latitude, -118.9030002. An opening in the mountain behind Jacober's trailers, possibly a mine entrance or cave, was clearly observed.

35. Based on my training and experience as a certified bomb technician, I know that caves and mines are excellent locations to store temperature-sensitive explosives such as TATP. Further, as referenced above, Jacober has buried and hidden explosive material underground in the past.

36. On July 19, 2025, while conducting physical surveillance at 35.5215268 north latitude, -118.9030002 west longitude, I observed Jacober leave and re-enter his travel trailer between 12:10 p.m. and 12:18 p.m.

37. On July 22, 2025, T-Mobile responded to a federal grand jury subpoena issued for 661-246-9622. T-Mobile indicated that the number is in service and is registered to Teresa Jacober.

38. Pursuant to a search and seizure warrant authorized by this Court on July 30, 2025, FBI agents conducted a search of 35.5215268 north latitude, -118.9030002 west longitude. Agents located and seized a full box of suspected dynamite. The box, as pictured below, had the following lettering: "DuPont 50lbs. Net Wt. Special Gelatin 40% Strength D75MA12B 11/4 x 8 Fume Class 1." The top of the box also displays a printed yellow "Explosives" warning. On-scene FBI Explosives Chemist Kerry Giroux observed the suspected dynamite and the lettering and confirmed it is a 40% strength nitroglycerin high explosive. SA Jason Coffey subsequently contacted DuPont and confirmed DuPont does not manufacture dynamite or specifically this type of explosive in California. More specifically, SA Coffey spoke with DuPont Chemicals Chemist Jeff Shields who confirmed this batch of explosives was manufactured in DuPont, Washington on March 12, 1975.



39. During this same search, agents also located two clear baggies containing suspected

COMPLAINT AFFIDAVIT

16

methamphetamine. Along with these two baggies, agents located two glass flasks. One glass flask contained suspected fully crystalized methamphetamine. The other glass flask contained suspected methamphetamine which was in the process of changing from liquid to a crystal form. The on-scene FBI chemist field tested the substance in both clear baggies. Both tested positive for methamphetamine and were subsequently weighed together. The total package weight of the two baggies and the methamphetamine therein was 60 gross grams. The FBI chemist also tested the suspected methamphetamine in the glass flask in which the substance was fully crystalized. The substance tested positive for methamphetamine but was not weighed due to being inside a glass flask. The other glass flask containing the substance in transition from liquid to crystal was not test or weighed.

## CONCLUSION

40. Based on the foregoing, I believe the above facts set forth probable cause to believe that Matthew Henry Jacober is in violation of 18 U.S.C. §§ 842(i) and 844(a) – Felon in Possession of Explosive Materials, and 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(C) – Manufacture of Methamphetamine. I further request the issuance of an arrest warrant for Jacober for these violations.

_____
JASON D. COFFEY
Special Agent, Federal Bureau of Investigation

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P 4(d) and 4.1 this 30th day of July 2025.

_____
CHRISTOPHER D. BAKER
U.S. Magistrate Judge, Eastern District of California
Reviewed and approved as to form:

/s/ Karen A. Escobar
Karen A. Escobar
Assistant U.S. Attorney